UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

2014 JAN 13 PM 3:29

| | |
|---|---|
| Pedro Figueroa,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Allied Fidelity Services<br>c/o Legal Department<br>2400 W 75 Street<br>Prairie Village, KS 66208<br><br>　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**<br><br>**1:14-cv-0045 SEB-DKL**<br><br>**Jury Demand Requested** |

Now comes Plaintiff, by and through her attorneys, and, for his Complaint, alleges as follows:

## JURISDICTION AND VENUE

1- This Court has jurisdiction under 28 U.S.C. §1331 (general federal question), §1337, 15 U.S.C. § 1692k(d) (FDCPA).

2- Venue in this District is proper because defendant transacts business here.

## PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

4- Plaintiff is a resident of the State of the Indiana.

5- Defendant is an entity with its principal office in the State of Kansas.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

9- Defendant uses instruments of interstate commerce for its principal purpose of business, which it the collection of debts.

## FACTS COMMON TO ALL COUNTS

10- On or around November 20, 2013, Defendant telephoned Plaintiff to collect the Debt.

11- During this communication, Defendant failed to identify itself as a debt collector.

12- During this communication, Defendant falsely represented that it was attempting to verify Plaintiff's address to "serve" Plaintiff with documents.

13- During this communication, Defendant falsely represented that it had initiated legal action against Plaintiff and was attempting to serve Plaintiff with a summons.

14- Defendant damaged Plaintiff.

15- Defendant violated the FDCPA.

## COUNT I

16- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

17- Defendant violated 15 USC §1692e(10) by using false representation or deceptive means to collect a debt.

## COUNT II

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, a debt.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692e(11) by failing to disclose that a communication was from a debt collector.

## COUNT IV

1- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

2- Defendant violated 15 USC § 1692e(5) by threatening to take action that could not be legally taken.

## JURY DEMAND

3- Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

4- Plaintiff prays for the following relief:

   a- Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

   b- Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

   c- Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

   d- Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By: _____
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
Richard@meierll.com
*Attorney for Plaintiff*